E-FILED
Monday, 23 January, 2006  02:52:05 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHARLES JONES,

    Plaintiff,

v.       Case No. 04-3146

DR. MESROBIAN et. al,

    Defendants.

### Order

Defendants Dr. Mesrobian and Dr. Feinerman and the plaintiff have filed a joint motion to voluntarily dismiss Drs. Mesrobian and Feinerman pursuant to Fed. R. Civ. P. 41 (d/e 124). Defendant Health Professionals, Ltd., and the plaintiff have filed a stipulation to dismiss Health Professionals, Ltd., pursuant to a settlement (d/e 125).

Rule 41(a)(1)(ii) allows dismissal without a court order "by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the . . . stipulation, the dismissal is without prejudice . . ."

The stipulations for dismissal are not signed by all parties, so dismissal under Rule 41(a)(1)(ii) does not apply. However, the Court can dismiss under Fed. R. Civ. P. 41(a)(2) "upon such terms and conditions as the court deems proper." The stipulations are signed by the plaintiff and by the attorney for the defendants to be dismissed. There has been no objection from the other defendants, who could not block the plaintiff from settling with defendants HPL, Feinerman and Mesrobian anyway. These three defendants will be dismissed, then, but without prejudice because the stipulations signed by the plaintiff say nothing about dismissal with prejudice.

IT IS THEREFORE ORDERED that defendants Dr. Mesrobian, Dr. Feinerman and Health Professionals, Ltd., are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The court specifically declines to retain jurisdiction over the plaintiff's claims against Mesrobian, Feinerman and Health Professionals, Ltd.. The pending motions filed by Mesrobian, Feinerman and Health Professionals, Ltd., are denied as moot (d/e's 91, 93, 95, 111, 121). The other defendants remain in the case.

Entered this __23rd__ Day of __January__, 2006.

                                          s\Harold A. Baker

                                          HAROLD A. BAKER
                                      UNITED STATES DISTRICT JUDGE